**Pepi SCHAFLER, Appellant,**

v.

**Randall R. NEWSOME;**
**et al., Appellees.**

No. 03–17330.

D.C. No. CV–03–05034–PJH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 11, 2005.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Pepi Schafler, Walnut Creek, CA, pro se.

Randall R. Newsome, Oakland, CA, pro se.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

MEMORANDUM**

Pepi Schafler appeals pro se from the district court's order denying her motion pursuant to 28 U.S.C. § 157(d) to with-

---

R.App. P. 34(a)(2). Accordingly, Schafler's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

draw reference of her Chapter 7 case to the bankruptcy court. We lack jurisdiction over this appeal because "orders denying motions for withdrawal of reference are ... not final appealable orders." *Abney v. Kissel Co. (In re Kissel Co.)*, 105 F.3d 1324, 1325 (9th Cir.1997) (order). Accordingly, we dismiss Schafler's appeal.

**DISMISSED.**